

FILED

JUN 1 7 2005

GRANT PRICE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY_____DEPUTY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In Re:   ERIC R. SCHULER         CASE NO.
         DEBTOR(S)

## 05-17314 NLJ

SUMMARY AND ANALYSIS OF PLAN PAYMENTS TO BE MADE BY TRUSTEE

A.   Total debt provided under the Plan and administrative expenses

| | | |
|---|---|---|
| 1. | Attorneys fees | $ 1,300.00 |
| 2. | Mortgage arrears | $ |
| 3. | Secured claims | $ 16,225.00 |
| 4. | Priority claims | $ |
| 5. | Separate classes of unsecured Claims | $ |
| 6. | All other unsecured claims | $ |
| | Total payments to above creditors | $ 17,525.00 |
| | Total Debtor payments to the plan | $ 19,277.50 |

Attorney for the Debtor:
David Michael Roberts, OBA#15835
4200 PERIMETER CENTER DRIVE, STE 245
OKC, OK. 73112-2322

Signed: _____          _____
        Debtor                              Debtor

Signed: _____          Dated: 6/16/05
        David Michael Roberts

3