IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**
JUL 2 7 2005
CLERK, GRANT PRICE
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY: _____ DEPUTY

In Re: )
)
ERIC R. SCHULER, ) No. 05-17314-NLJ
) (Chapter 13)
Debtor. )

### ORDER LIFTING AUTOMATIC STAY
### AND ABANDONING PROPERTY

There coming on for consideration this date, Motion for Relief from Automatic Stay and Abandonment of Property filed herein by General Motors Acceptance Corporation on July 7, 2005.

Counsel represents that Notice of said Motion was duly served on all parties in interest pursuant to Local Bankruptcy Rule 9007 and 11 U.S.C. § 362(d) on the 7th day of July, 2005, and that the last date for filing objections, July 25, 2005, has passed with no objection thereto being served and filed,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that the Motion for Relief from Automatic Stay and Abandonment of Property filed by General Motors Acceptance Corporation is hereby sustained and said Movant is authorized to take possession of the following described vehicle, to wit:

2003 CHEVROLET TRAILBLAZER
VIN:   1GNDS13S432361598

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant's request for a waiver of the 10-day enforcement stay pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby granted.

**IT IS SO ORDERED.**

DATE 7-27-05

_____
UNITED STATES BANKRUPTCY JUDGE

**APPROVED:**

_____
**JANICE D. LOYD -- OBA #11910**
**BELLINGHAM, COLLINS & LOYD, P.C.**
2050 Oklahoma Tower, 210 Park Avenue
Oklahoma City, Oklahoma 73102
Phone: (405) 235-9371  Fax:  (405) 232-1003
ATTORNEY FOR GMAC

BELLINGHAM, COLLINS &
Loyd, P.C.
2050 Oklahoma Tower
210 Park Avenue
Oklahoma City, Okla.
73102