UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

IN RE:
ERIC R. SCHULER,            )   Case No. 05-17314 NLJ
                            )   Chapter 13
            Debtor.         )
                            )

## ORDER FOR RELIEF FROM THE
## AUTOMATIC STAY AND ABANDONMENT OF PROPERTY

This matter comes before this Court upon Motion by FinancePoint, Inc. ("FinancePoint") for relief from the automatic stay and abandonment of property as set forth in its Motion.

Upon representation of counsel, the Motion was served on all parties in interest on the 2nd day of November, 2005, and no objection has been served within the time to object, including applicable allowance of three (3) days for mailing, which expired on the 21st day of November, 2005.

IT IS THEREFORE ORDERED that the requested relief from the automatic stay imposed under Section 362 of the Bankruptcy Code is granted and the Trustee is directed to abandon the following described property:

2 TON SIMPLE STAGE GAS UNIT
2A7A2024A100A
FURNACE – AUD060C9361L
COIL – TXC024C4HPB.

DATED this ____ day of December, 2005.

_____
HONORABLE NILES L. JACKSON
UNITED STATES BANKRUPTCY JUDGE
WESTERN DISTRICT OF OKLAHOMA

00143883.DOC

APPROVED:

*/s/ Jennifer Kirkpatrick*

Vickie J. Buchanan, OBA #18345
Jennifer H. Kirkpatrick, OBA #19504
Jennifer L. Miller, OBA #19888
PHILLIPS McFALL McCAFFREY McVAY
 & MURRAH, P.C.
One Leadership Square
211 N. Robinson, Twelfth Floor
Oklahoma City, Oklahoma 73102
(405) 235-4100

Attorneys for FinancePoint, Inc.

28181.57065