```
                IN THE UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF OKLAHOMA


IN RE:                           CHAPTER 13

ERIC R SCHULER
5021 NW 47TH ST
OKC, OK                          CASE NO. 05-17314 NLJ
73122


-----------------------------------------------------------------
                       NOTICE OF CLAIMS FILED
-----------------------------------------------------------------

    NOTICE IS HEREBY GIVEN by the Chapter 13 Trustee of claims filed with
    the Court and entered by the Chapter 13 Trustee and of claims
    scheduled but not filed.

-----------------------------------------------------------------
NAME/ADDRESS FOR CREDITOR                  CLASSIFICATION
-----------------------------------------------------------------

CHASE MANHATTAN BANK USA  CLAIM AMT:    2,537.89   UNSECURED CREDITOR
% ECAST SETTLEMENT        SCH'D AMT:    2,479.00   MO PYMT: $         .00
PO BOX 35480              INT RATE :        .00 %  ACCT:4426
NEWARK, NJ 07193-5480                              COMM:CHASE
-----------------------------------------------------------------


DISCOVER                  CLAIM AMT:    5,137.35   UNSECURED CREDITOR
PO BOX 8003               SCH'D AMT:    4,981.00   MO PYMT: $         .00
HILLIARD, OH              INT RATE :        .00 %  ACCT:601129861521436
 43026-8003                                        COMM:
-----------------------------------------------------------------


                                                   SURRENDERED COLLATERAL
FINANCE POINT             CLAIM AMT:    4,785.75   SECURED CREDITOR
4330 SE 29TH ST STE 3024  SCH'D AMT:    7,000.00   MO PYMT: $         .00
DEL CITY, OK              INT RATE :        .00 %  ACCT:050-001139
 73115                                             COMM:HEAT & AIR UNIT
-----------------------------------------------------------------


FORD MOTOR CREDIT CO      CLAIM AMT:   15,725.00   SECURED CREDITOR
DRAWER 55-953             SCH'D AMT:   28,000.00   MO PYMT: $         .00
PO BOX 55000              INT RATE :       9.40 %  ACCT:63-35120042
DETROIT, MI 48255-0953                             COMM:02 FORD MUSTANG
-----------------------------------------------------------------


FORD MOTOR CREDIT CO         CLAIM AMT:       .00  NOT FILED
BANKRUPTCY SERVICE CENTER    SCH'D AMT:       .00  MO PYMT: $         .00
PO BOX 537901                INT RATE :       .00 %  ACCT:63-35120042
LIVONIA, MI 48153-7901                             COMM:NOTICE ONLY
-----------------------------------------------------------------
```

```
--------------------------------------------------------------------
NAME/ADDRESS FOR CREDITOR                        CLASSIFICATION
--------------------------------------------------------------------

FORD MOTOR CREDIT CO    CLAIM AMT:   13,205.01   UNSECURED CREDITOR
DRAWER 55-953           SCH'D AMT:         .00   MO PYMT: $         .00
PO BOX 55000            INT RATE :         .00 % ACCT:63-35120042
DETROIT, MI 48255-0953                           COMM:Split Claim
--------------------------------------------------------------------

                                                 SURRENDERED COLLATERAL
GMAC                    CLAIM AMT:   25,123.43   SECURED CREDITOR
2740 ARTHUR STREET      SCH'D AMT:   25,000.00   MO PYMT: $         .00
ROSEVILLE, MN           INT RATE :         .00 % ACCT:005-9039-35744
 55113-1303                                      COMM:03 TRAILBLAZER
--------------------------------------------------------------------

                                                 OUTSIDE PLAN
HSBC MORTGAGE SERVICES  CLAIM AMT:   18,433.38   MORTGAGE REGULAR PAYMENT
636 GRAND REGENCY BLVD. SCH'D AMT:   18,000.00   MO PYMT: $         .00
BRANDON, FL             INT RATE :         .00 % ACCT:3424/1801775/PO
 33509                                           COMM:2ND MTG
--------------------------------------------------------------------


HSBC MORTGAGE SERVICES    CLAIM AMT:       .00   NOT FILED
1270 NORTHLAND DRIVE SUIT SCH'D AMT:       .00   MO PYMT: $         .00
MENDOTA HEIGHTS, MN       INT RATE :       .00 % ACCT:
 55120                                           COMM:NOTICE ONLY
--------------------------------------------------------------------


JANICE D LOYD           CLAIM AMT:         .00   NOT FILED
2050 OKLAHOMA TOWER     SCH'D AMT:         .00   MO PYMT: $         .00
210 PARK AVE            INT RATE :         .00 % ACCT:GENERAL MOTORS
OKLA CITY, OK 73102                              COMM:NTC ONLY/ATTY
--------------------------------------------------------------------


JENNIFER H KIRKPATRICK    CLAIM AMT:       .00   NOT FILED
PHILLIPS MCFALL MCCAFFREY SCH'D AMT:       .00   MO PYMT: $         .00
211 N ROBINSON            INT RATE :       .00 % ACCT:FINANCE POINT
OKLAHOMA CITY, OK 73102                          COMM:NTC ONLY/ATTY
--------------------------------------------------------------------


KIRK CEJDA                 CLAIM AMT:      .00   NOT FILED
SHAPIRO MARIANOS & CEJDA   SCH'D AMT:      .00   MO PYMT: $         .00
770 NE 63RD ST             INT RATE :      .00 % ACCT:NOTICE ONLY/ATT
OKLAHOMA CITY, OK 73105                          COMM:WELLS FARGO MTG
--------------------------------------------------------------------
```

```
--------------------------------------------------------------------
NAME/ADDRESS FOR CREDITOR                         CLASSIFICATION
--------------------------------------------------------------------

MATHIS BROTHERS         CLAIM AMT:      584.57   SECURED CREDITOR
PO BOX 270600           SCH'D AMT:      556.00   MO PYMT: $        .00
OKLAHOMA CITY, OK       INT RATE :      10.00 %  ACCT:53968469
 73137                                           COMM:FURNITURE
--------------------------------------------------------------------


MILLER & CLARK LLP      CLAIM AMT:         .00   NOT FILED
19732 MACARTHUR BLVD    SCH'D AMT:         .00   MO PYMT: $        .00
STE 100                 INT RATE :         .00 % ACCT:HSBC MORTGAGE B
IRVINE, CA 92612                                 COMM:NOTICE ONLY
--------------------------------------------------------------------


SCHEDULED CREDITOR      CLAIM AMT:         .00   NOT FILED
                        SCH'D AMT:    2,149.00   MO PYMT: $        .00
                        INT RATE :         .00 % ACCT:
                                                 COMM:CBUSA
--------------------------------------------------------------------


SCHEDULED CREDITOR      CLAIM AMT:         .00   NOT FILED
                        SCH'D AMT:    3,794.00   MO PYMT: $        .00
                        INT RATE :         .00 % ACCT:
                                                 COMM:CBUSA
--------------------------------------------------------------------


SCHEDULED CREDITOR      CLAIM AMT:         .00   NOT FILED
                        SCH'D AMT:    1,454.00   MO PYMT: $        .00
                        INT RATE :         .00 % ACCT:
                                                 COMM:DELL FINANCIAL
--------------------------------------------------------------------


SCHEDULED CREDITOR      CLAIM AMT:         .00   NOT FILED
                        SCH'D AMT:      198.00   MO PYMT: $        .00
                        INT RATE :         .00 % ACCT:
                                                 COMM:PALISADES
--------------------------------------------------------------------

                                                 OUTSIDE PLAN
WELLS FARGO             CLAIM AMT:   55,078.31   MORTGAGE REGULAR PAYMENT
ONE HOME CAMPUS         SCH'D AMT:   55,000.00   MO PYMT: $        .00
BANKRUPTCY DEPARTMENT   INT RATE :         .00 % ACCT:2565
DES MOINES, IOWA 50328                           COMM:MTG
--------------------------------------------------------------------
```

```
          PAGE 4  - CHAPTER 13 CASE NO. 05-17314 NLJ
----------------------------------------------------------------
NAME/ADDRESS FOR CREDITOR                          CLASSIFICATION
----------------------------------------------------------------
```

   Pursuant to 11 U.S.C. Section 502, the claims which have been filed as stated above are deemed allowed for purposes of distribution and will be paid in accordance with the Order Confirming Chapter 13 Plan and any other relevant Court Orders.  Such distributions will be made by the Trustee from available funds unless and until the debtor or other interested party files with the Court an Objection to Claim and Notice of Opportunity for Hearing, and serves it upon the Chapter 13 Trustee and the creditor whose claim is being objected to.

                                   /s/ John T. Hardeman
                                   _____
                                   CHAPTER 13 TRUSTEE
                                   P.O. BOX 1948
                                   OKLAHOMA CITY, OK 73101


   I herein certify that a copy of this notice was served upon the debtor(s) and the debtor(s)' attorney of record on this date by regular U.S. mail postage prepaid, at their addresses as appear below.

ERIC R SCHULER
5021 NW 47TH ST
OKC, OK
73122

DAVID MICHAEL ROBERTS
AFFILIATED LEGAL SERVICES
4200 PERIMETER, STE 245
OKLAHOMA CITY, OK 73112


DATED: 02/03/2006
                                   /s/ John T. Hardeman
                                   _____
                                   CHAPTER 13 TRUSTEE

                                            #608/TL