

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

IN RE:    ERIC R. SCHULER

                                  Bk. Case No. 05-17314 NLJ
    Debtor.                   CHAPTER 13

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT OF PROPERTY

    This matter comes before this Court upon Motion by Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage, Inc., for relief from the automatic stay and abandonment of property as set forth in its Motion.

    Upon representation of counsel, the Motion was served on all parties in interest on January 20, 2006, and no objection has been served within the time to object, including applicable allowance of three (3) days for mailing, which expired on February 7, 2006.

    IT IS THEREFORE ORDERED that the requested relief from the automatic stay imposed under § 362 of the Bankruptcy Code is granted, that Bankr. Rule 4001(a)(3) is not applicable and Wells Fargo may immediately implement and enforce this order granting relief from the automatic stay and the following described property is hereby deemed abandoned from the bankruptcy estate:

LOT ELEVEN (11), IN BLOCK ONE (1), OF SHAMROCK 7TH ADDITION TO WARR ACRES, OKLAHOMA COUNTY, OKLAHOMA, ACCORDING TO THE RECORDED PLAT THEREOF.

PROPERTY ADDRESS: 5021 N.W. 47TH STREET, OKLAHOMA CITY, OK 73122

DATED: 2-15-06

                                              UNITED STATES BANKRUPTCY JUDGE

APPROVED FOR ENTRY:
SHAPIRO & CEJDA, L.L.P.

BY: _Kirk J. Cejda_
Kirk J. Cejda #12241
770 N.E. 63rd Street
Oklahoma City, OK 73105
(405) 848-1819
Attorney for Secured Creditor
File No. 06-38110