

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

IN RE:   ERIC R. SCHULER

                                      Bk. Case No. 05-17314 NLJ
Debtor.                         CHAPTER 13

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the __17th__ day of __February__, 2006, a file-stamped copy of the Order for Relief from the Automatic Stay and Abandonment of Property, filed on behalf of Wells Fargo Bank, N.A. successor by merger to Wells Fargo Home Mortgage, Inc. was mailed to the following parties, to-wit: Eric R. Schuler, 5021 NW 47th Street, Oklahoma City, OK 73122, (Debtor), D. Michael Roberts, 4200 Perimeter Center Drive, Suite 245, Oklahoma City, OK 73142, (Attorney for Debtor), HSBC, 1441 Schilling Place, Salinas, CA 93901, (Lien Holder), John T. Hardeman, P.O. Box 1948, Oklahoma City, OK 73101, (Trustee).

                                      SHAPIRO & CEJDA, L.L.P.

                                      BY: _____
                                         Kirk J. Cejda #12241
                                         770 N.E. 63rd Street
                                         Oklahoma City, OK 73105
                                         (405) 848-1819
                                         Attorney for Secured Creditor

File No. 06-38110