**FILED**

**TRUSTEE NON-ELECTRONIC**

MAR 2 2 2006

SCHULEOK0007

GRANT PRICE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY: _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA CITY DIVISION
-------------------------------X
In re:

ERIC R SCHULER

Debtor(s)

In Proceedings for a Repayment
Plan Under Chapter 13

Case No    : 05-17314-NLJ-13
Tee Clm No:
Amount     : $2,537.89

### JOINT ASSIGNMENT OF CLAIM PURSUANT TO
### FRBP RULE 3001(e)(2) AND WAIVER OF OPPORTUNITY TO OBJECT

Chase Manhattan Bank USA, NA (the "Seller/Transferor/Assignor") and eCAST SETTLEMENT CORPORATION (the "Purchaser/Transferee/Assignee") do hereby provide joint notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such is defined in the Credit Card Purchase and Sale Agreement dated January 31, 1905, as amended from time to time by and between Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001(e)(2) and the foregoing assignment, the Purchaser/Transferee/Assignee hereby requests that it be immediately substituted upon the docketing of this Joint Notice of Transfer of Claim for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. The Seller/Transferor/Assignor concurs with the request and, pursuant to the attached Waiver of Notice of Transfer of Claim, hereby informs the court that it waives it's right to receive notice of the transfer and declines its opportunity to object under FRBP 3001(e)(2).

The original Proof of Claim was filed under the following name and address: Chase Manhattan Bank USA, NA, by eCAST SETTLEMENT CORPORATION, as its agent P.O. BOX 35480, NEWARK, NJ 07193-5480.

Dated: 03/14/2006

SELLER/ASSIGNOR/TRANSFEROR:
Chase Manhattan Bank USA, NA
3700 WEISMAN BLVD
WEST OVER HILL # 2, FIRST FLOOR
SAN ANTONIO, TX 78265
Telephone: 2105867300

By: (SEE ATTACHED WAIVER)

PURCHASER/ASSIGNEE/TRANSFEREE:
eCAST SETTLEMENT CORPORATION
P.O. BOX 35480
NEWARK, NJ 07193-5480

Telephone: 610-644-7800 (Servicer)
Telecopy:  610-993-8493 (Servicer)

By: _____
KIM GARNER, OFFICER
WILLIAM T JONES, OFFICER
SHARON SINANAN, OFFICER
LOUIS MENDEZ, OFFICER
COLLEEN MCLAUGHLIN, OFFICER

(01)*************4426  CBO54609



## EXHIBIT F

### WAIVER OF NOTICE OF TRANSFER OF CLAIM

Chase Manhattan Bank USA, National Association, a national banking association ("Transferor"), has sold and assigned certain claims to eCAST Settlement Corporation ("Transferee"). Transferee is a corporation organized under the laws of the State of Delaware maintaining a place of business at 383 Madison Avenue New York, New York. Said claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of claim with respect to the Accounts may have been filed under the following names: [Chase Manhattan Bank USA, National Association Chase Manhattan Bank USA, N.A. Chase Bankcard Services, Inc.]

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim. A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corprbate seal by and through its duly authorized officer this day of February 1, 2005

CHASE MANHATTAN BANK USA, NATIONAL ASSOCIATION, Transferor

By: _____
Name: Brian K. Bowe
Title: Vice President

-24-

H:\proposed Contract for CH 13 2005 sale draft1-clean-14.doc