```
                    IN THE UNITED STATES  BANKRUPTCY COURT
                         WESTERN DISTRICT OF OKLAHOMA

IN RE:
    ERIC R SCHULER                                CASE NO. 05-17314J
    5021 NW 47TH ST                               JUDGE NILES L. JACKSON
    OKC, OK
                         73122-0000
    a/k/a                                         DATE: 10/09/08
           Debtor(s)
    SSN(1)XXX-XX-2790 SSN(2)XXX-XX-0000
--------------------------------------------------------------------------
                          TRUSTEE'S FINAL REPORT
                              AND ACCOUNT
--------------------------------------------------------------------------
      The Standing Chapter 13 Trustee for the above case, submits the following
final  report and account of  the  administration  of  the  estate  pursuant  to
11 USC 1302 (b)(1).

     1. The case was filed on 06/17/05 and confirmed on 08/12/05.
The case was subsequently  COMPLETED

     2. The  amount paid to  the  Trustee  by or  on behalf of the debtor(s) was
$  22,500.00 .

     3. The Trustee made disbursements to creditors as follows:
--------------------------------------------------------------------------
CREDITOR NAME                  CLASS         CLAIM AMT      PRIN PD      INT PD        BAL
--------------------------------------------------------------------------
DISCOVER FINANCIAL SERVICE     UNSECURED      5,137.35       354.30         .00    4,783.05
ECAST SETTLEMENT CORPORATI     UNSECURED      2,537.89       175.03         .00    2,362.86
FINANCE POINT                  SURR COLL      4,785.75          .00         .00         .00
FORD MOTOR CREDIT CO           SECURED C     15,725.00    15,725.00    2,470.78         .00
FORD MOTOR CREDIT CO           NOT FILED           .00          .00         .00         .00
FORD MOTOR CREDIT CO           UNSECURED     13,205.01       910.70         .00   12,294.31
GMAC                           SURR COLL     25,123.43          .00         .00         .00
HSBC MORTGAGE SERVICES         OUTSIDE       18,433.38          .00         .00         .00
HSBC MORTGAGE SERVICES         NOT FILED           .00          .00         .00         .00
JANICE D LOYD                  NOT FILED           .00          .00         .00         .00
JENNIFER H KIRKPATRICK         NOT FILED           .00          .00         .00         .00
KIRK CEJDA                     NOT FILED           .00          .00         .00         .00
MATHIS BROTHERS                SECURED C        584.57       584.57       98.14         .00
MILLER & CLARK LLP             NOT FILED           .00          .00         .00         .00
SCHEDULED CREDITOR             NOT FILED           .00          .00         .00         .00
SCHEDULED CREDITOR             NOT FILED           .00          .00         .00         .00
SCHEDULED CREDITOR             NOT FILED           .00          .00         .00         .00
SCHEDULED CREDITOR             NOT FILED           .00          .00         .00         .00
WELLS FARGO                    SURR COLL     55,078.31          .00         .00         .00

     4. Summary of disbursements:
--------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED   CONT DEBTS        TOTAL
--------------------------------------------------------------------------
CLAIM AMOUNT     119,730.44         .00    20,880.25          .00   140,610.69
PRINCIPAL PAID    16,309.57         .00     1,440.03          .00    17,749.60
INTEREST PAID      2,568.92         .00          .00          .00     2,568.92

                    PAGE  1 - CONTINUED ON NEXT PAGE
```

```
     5. Costs of administration:
The clerk was paid $            .00  through the plan for the filing fee.
The clerk was paid $            .00  through the plan for notice fees.
The debtor's attorney was allowed $   1,300.00 and was paid $   1,300.00 .
The Trustee was paid $     881.48  pursuant to 11 USC 1302.
Refunds to the debtor total $           .00 .
```

The Standing Chapter 13 Trustee for the above-named case certifies to the court and the United States Trustee, that he has faithfully and properly fulfilled the duties of the standing trustee, and that the case has been fully administered.

```
cc:ERIC R              SCHULER                    /s/ JOHN T. HARDEMAN
                                                  _____
                                                  CHAPTER 13 TRUSTEE
    DAVID MICHAEL ROBERTS              000866
     AFFILIATED LEGAL SERVICES
     4200 PERIMETER, STE 245
     OKLAHOMA CITY, OK                 731120000
```