IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA


IN RE:                                      CHAPTER 13

ERIC R SCHULER                              CASE NO. 05-17314 NLJ

              Debtor(s).



COMPLETED
_____
           MOTION FOR DISCHARGE OF TRUSTEE AND FINAL DECREE
_____

     THE TRUSTEE REPORTS THAT ALL ORDERS OF THE COURT HAVE BEEN COMPLIED

WITH AND THAT PURSUANT TO THE FINAL REPORT AND ACCOUNT ALL CHECKS HAVE

BEEN ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES.

     ALL CHECKS HAVE BEEN PAID BY THE DEPOSITORY BANK AND THE TRUSTEE

ACCOUNT THEREIN IS AT ZERO BALANCE --- OR --- THE FOLLOWING CHECKS HAVE

NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT (90 DAYS).

ACCOMPANYING THIS MOTION IS A CHECK PAYABLE TO THE CLERK OF THE COURT IN

A CORRESPONDING AMOUNT, IN ACCORDANCE WITH BANKRUPTCY RULE 3011.

DATE        CHECK NO.      PAYEE          ADDRESS          AMOUNT
----------------------------------------------------------------
                          NONE

     THE TRUSTEE THEREFORE REPRESENTS THAT THE ESTATE HAS BEEN FULLY

ADMINISTERED TO 11 U.S.C. SECTION 350 AND BANKRUPTCY RULE 3022, APPLIES

TO BE DISCHARGED FROM THIS TRUST; THAT THE BOND BE CANCELLED AND THAT

THE CASE BE CLOSED.
                           /s/ John Hardeman

                           _____

                           CHAPTER 13 TRUSTEE
                           P.O. BOX 1948
                           OKLAHOMA CITY, OK 73101
                           (405)236-4843

                                    #664/HN